UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Antonio Davis, | ) | C/A No. 4:12-2057-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Richland County; Director Renaldo Myers; Ass. Director Kathryn Harrell; Lt. Smith; Lt. Williams; Sgt. Showl; Sgt. Waters; Sgt. Freely; Officer Dale Martin, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon Plaintiff's motion entitled "Motion for Discovery" (Doc. #66). It appears Plaintiff is asking the court to order Defendants to respond to discovery requests.[1] Generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure. <u>See</u> Rules 26 through 38, generally. It is, therefore, ORDERED that Plaintiff's "Motion for Discovery" is DENIED.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

February 12, 2013
Florence, South Carolina

---

[1] The Summons were issued on December 12, 2012, (doc.46) and there are no returns executed as of this date showing that Defendants have been served.