UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Antonio Davis, | ) | C/A No. 4:12-2057-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Richland County; Director Renaldo Myers; Ass. Director Kathryn Harrell; Lt. Smith; Lt. Williams; Sgt. Showl; Sgt. Waters; Sgt. Freely; Officer Dale Martin, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon Plaintiff's motion entitled "Motion for Discovery" (Doc. #66). It appears Plaintiff is asking the court to order Defendants to respond to discovery requests.[1] Generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure. See Rules 26 through 38, generally. It is, therefore, ORDERED that Plaintiff's "Motion for Discovery" is DENIED.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

February 12, 2013
Florence, South Carolina

---

[1] The Summons were issued on December 12, 2012, (doc.46) and there are no returns executed as of this date showing that Defendants have been served.