UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Antonio Davis, | ) | C/A No. 4:12-2057-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Richland County; Director Renaldo Myers; Asst. Director Kathryn Harrell; Lt. Smith; Lt. Williams; Sgt. Showl; Sgt. Waters; Sgt. Freely; Officer Dale Martin, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 6, 2013, Plaintiff filed a motion for an extension of time of a deadline and a motion to compel use of the law library so that he could respond to "Defendants' Motion to Dismiss." (Docs. # 79 and #80). Defendants filed a response. Defendants have not filed a motion to dismiss as of this date, and therefore, there is not a deadline to file a response to a dispositive motion. Therefore, Plaintiff's motions are denied.

AND IT IS SO ORDERED.

Florence, South Carolina
March 27, 2013

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge