UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Antonio Davis, | ) | C/A No. 4:12-2057-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Richland County; Director Renaldo Myers; Ass. Director Kathryn Harrell; Lt. Smith; Lt. Williams; Sgt. Showl; Sgt. Waters; Sgt. Freely; Officer Dale Martin, | ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court upon Plaintiff's motion entitled "Motion for Discovery" (Doc. #85). This is the second motion for discovery filed by Plaintiff. The first was denied by Order entered on February 12, 2013. Again, it appears Plaintiff is asking the court to order Defendants to respond to discovery requests. Generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure.  <u>See</u> Rules 26 through 38, generally.  It is, therefore, ORDERED that Plaintiff's "Motion for Discovery" (doc. #85) is DENIED.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
April <u>10</u>, 2013                                                  United States Magistrate Judge
Florence, South Carolina