UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ANTONIO DAVIS, ) | Civil Action No.: 4:12-cv-2057-RMG-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **ORDER** |
| ) | |
| DIRECTOR RENALDO MYERS, SGT. ) | |
| SHOWL, SGT. WATERS, SGT. FREELY, ) | |
| and OFFICER DALE MARTIN; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, who is proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983, alleging that he was assaulted by Defendant Officer Dale Martin when Plaintiff was housed at the Alvin S. Glenn Detention Center.[1]  Presently before the court is Plaintiff's Motion to Compel (Document # 95) and Plaintiff's Motion for Extension of Time (Document # 107).  All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(d), DSC.

In his Motion to Compel, Plaintiff asserts the he served discovery requests on Defendants, who refused to provide the requested information.  However, Plaintiff did not attach to his Motion a copy of his discovery requests or Defendants' discovery responses as required by Local Rules 37.01(B) and 7.04, D.S.C.  Thus, his Motion to Compel (Document # 95) is **DENIED**.

In his Motion for Extension of Time, Plaintiff asks that his deadline for filing a response to Defendants' Motion for Summary Judgment be extended until after he receives the information requested in his Motion to Compel.  As set forth above, Plaintiff's Motion to Compel is denied. Although it appears that Plaintiff timely filed a Response (Document # 108) to the Motion for

---

[1]Plaintiff is no longer incarcerated.

Summary Judgment, to avoid any confusion, Plaintiff's Motion for Extension of Time (Document # 107) is **GRANTED** and Plaintiff has until Friday, November 8, 2013, to file any additional response to the Motion for Summary Judgment.

    **IT IS SO ORDERED**.

    s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 28, 2013
Florence, South Carolina